The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR12-369RSL |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| FERMIN FRANCO-ORTIZ, | |
| Defendant. | |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to fugitive FERMIN FRANCO-ORTIZ, Defendant.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned Defendant are dismissed, without prejudice.

//
//

Order of Dismissal -- 1
*United States v. Franco-Ortiz,* CR12-369 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The outstanding warrant shall be quashed.

DATED this 9th day of December, 2021.

*signature: MrT S Lasnik*
ROBERT S. LASNIK
United States District Court Judge

Presented by:

*s/ Sarah Y. Vogel*
SARAH Y. VOGEL
Assistant United States Attorney

Order of Dismissal -- 2
*United States v. Franco-Ortiz,* CR12-369 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970